# EXHIBIT A



**CLD PR & CLD Style House**
Like This Page · March 13, 2018 · 🌐

OG #ParisHilton looks polished with an edge in #MaisonAlexandrine at the #iheartradiomusicawards after party http://ift.tt/2p9kYzR

👍 Like      💬 Comment      ➡ Share

Write a comment...



Instagram



**cldstyle** • Follow
CLD PR

**cldstyle** OG #ParisHilton looks polished with
an edge in #MaisonAlexandrine for
#iheartradiomusicawards. #CLDPR

**cldstyle** #awardseason #fashion #dress
#music #iheartawards #shine #afterparty
#trend #ss18 #fw18

**maisonalexandrine** @parishilton @cldstyle

**trendy_inspiration4u** so many good photos
here

**alexandra_fructuoso**

**guarnichai** @parishilton @cldstyle
@maisonalexandrine

**hannahmaemuse** That dress!!

**ivoryandchain** Love this dress

**bternacz** Very cool

**wbywhitewolfe** Adore

365 likes

MARCH 13, 2018

Log in to like or comment.

Log In to Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.

ADDRESS    API    JOBS    PRIVACY    TERMS    DIRECTORY    PROFILES    HASHTAGS    LANGUAGE

Log In

Sign Up







Work it Mama!!
@kyliejenner
@sydneyevan