# EXHIBIT C



**CLD PR & CLD Style House**

Like This Page · January 29, 2018 ·

🌈🌟👑 #Grammys x #Kesha x #Stello Custom 👑 🌟🌈 Congrats on a great night @iiswhoiis, and thank you @samanthaburkhartstylist, we love you 💕 #CLDPR #redcarpet http://ift.tt/2nmZQEA